United States Court of Appeals
Fifth Circuit

**F I L E D**

April 11, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-50405
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                   Plaintiff-Appellee,

versus

YURIANA WILLIAMS,

                                   Defendant-Appellant.

--------------------

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:04-CR-1935-ALL

--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

    Yuriana Williams appeals her total 37-month sentence imposed following a guilty plea to conspiracy to import marijuana, importation of marijuana, conspiracy to possess with intent to distribute marijuana, and possession with intent to distribute marijuana. Williams argues that her sentence is unreasonable because the district court failed to account for her history and

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

characteristics in imposing sentence.  See 18 U.S.C.
§ 3553(a)(1).

Under the discretionary sentencing scheme established by
United States v. Booker, 543 U.S. 220 (2005), district courts
retain the duty to consider the Sentencing Guidelines along with
the sentencing factors set forth in § 3553(a).  United States v.
Mares, 402 F.3d 511, 518-19 (5th Cir.), cert. denied, 126 S. Ct.
43 (2005).  Williams's sentence is with the guidelines range and
is presumptively reasonable.  See United States v. Alonzo,
435 F.3d 551, 553-55 (5th Cir. 2006).  We infer in our
reasonableness review that the district court considered
the § 3553(a) factors, including Williams's history and
characteristics, in imposing sentence.  See United States v.
Smith, ___ F.3d ___, No. 05-30313, 2006 WL 367011 at *2 (5th Cir.
Feb. 17, 2006); Alonzo, 435 F.3d at 554.

AFFIRMED.